# EXHIBIT 1

Subject: Activity in Case 1:12-cv-00781-PGG-DCF Bolivar et al v. FIT International Group Corp. et al Report and Recommendations

From: NYSD_ECF_Pool@nysd.uscourts.gov

Date: Wed, Apr 12, 2017 3:03 pm

To: CourtMail@nysd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 03/16/2017 at 6:11:52 PM EDT and filed on 03/16/2017

**Case Name:** Bolivar et al v. FIT International Group Corp. et al

**Case Number:** 1:12-cv-00781-PGG-DCF

**Filer:**

**Document Number:** 59

**Docket Text:**

**REPORT AND RECOMMENDATION: For all of the foregoing reasons, I respectfully recommend that the Class be decertified, and that damages be awarded only to the named Plaintiffs: As set forth herein. I further recommend that costs be awarded to Plaintiffs in the amount of $350.00. Finally, I recommend that all four Defendants be held jointly and severally liable for each of the treble damages awards and costs, but that only defendants Sanchez, Baez, and FIT New York be held jointly and severally liable for the prejudgment-interest awards. Pursuant to 28 U.S.C. ? 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. Objections to R&R due by 3/30/2017 (Signed by Magistrate Judge Debra C. Freeman on 3/16/2017) Copies Sent By Chambers. (ama)**

**1:12-cv-00781-PGG-DCF Notice has been electronically mailed to:**

Gaytri D. Kachroo     gkachroo@kachroolegal.com

**1:12-cv-00781-PGG-DCF Notice has been delivered by other means to:**

John H. Ray , III
Kachroo Legal Services P.C.
219 Concord Avenue
Cambridge, MA 02138

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/16/2017] [FileNumber=17991964-0] [a93c5f06a6ef34e5b6b4eaa5216f133a7bb243d79f30be96908beabd8f8f208df1 43e540187c545c8bf3cc957e1e513199255bfdf61775aca6f689ddfeab7314]]

*This is a re-generated NEF. Created on 4/12/2017 at 3:03 PM EDT*

Copyright © 2003-2017. All rights reserved.