# KACHROO LEGAL SERVICES, P.C.

Dr. Gaytri D. Kachroo
236 Concord Avenue, Suite 2
Cambridge, MA 02138
Telephone (857)-829-3037
Facsimile (617) 864-1125
gkachroo@kachroolegal.com

*By ECF and Facsimile*  June 16, 2017

The Honorable Paul G. Gardephe
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Bolivar v. FIT International Group Corp. et al.*
    No. 12-CV-00781

Dear Judge Gardephe:

    I write on behalf of Plaintiffs Bolivar, Rubio, and Quintero and the Class of FIT investors certified by this court ("Plaintiff Class") in *Bolivar, Rubio, Quintero and All Those Persons Similarly Situated v. FIT International Group Corp. et al.*, No. 12-CV-781, a class action in which both class certification and default judgment orders from this court have previously been granted, based on written pleadings and a hearing in the matter. Plaintiff Class wishes to add to its letter request of April 21, 2017, the following information and further request for extension.

    Undersigned counsel's mother passed away on May 27, 2017 after a sharp decline in hospital in Montreal, a sellar tumor having metastasized in her lymph nodes and liver. Undersigned counsel has just returned from Canada yesterday. On behalf of Plaintiff Class, undersigned counsel wishes only to protect the interest of Plaintiff Class and to that end seeks in the next thirty (30) days to identify successor counsel to appear in this case to represent the Plaintiff Class. It is anticipated that successor counsel will thereafter file an objection to the Report and Recommendation with the support of an independent expert's review of the damages calculations provided in this case.

    Thank you.

Respectfully submitted,

Gaytri D. Kachroo